UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES A. CRAMER,

    Petitioner,

v.

LAURIE SMITH,

    Respondent.

Case No. 17-cv-03697-JST (PR)

**ORDER OF DISMISSAL**

Petitioner has failed to comply with the Court's order to (1) perfect his application to proceed in forma pauperis ("IFP"), or (2) pay the filing fee of $5.00. The IFP application is incomplete because petitioner failed to file a prison trust account statement detailing transactions for the last six months. Accordingly, the action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Any motion to reopen **must** contain the document listed above or full payment for the filing fee. Petitioner's IFP application (Docket No. 2) is DENIED without prejudice. The Clerk shall terminate Docket No. 2, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: August 10, 2017

JON S. TIGAR
United States District Judge